

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Eric James Freeman,

        * From the 104th District Court
          of Taylor County
          Trial Court No. 20115B.

Vs. No. 11-17-00134-CR

        * May 9, 2019

The State of Texas,

        * Memorandum Opinion by Wright, S.C.J.
          (Panel consists of: Bailey, C.J.,
          Stretcher, J., and Wright, S.C.J., sitting
          by assignment)
          (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.